UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHERINE MORENO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:16-cv-05466-FLW-DEA |
| | ) |
| NAVIENT SOLUTIONS, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO STAY MATTER PENDING ARBITRATION

It is hereby stipulated by and among Plaintiff, Katherine Moreno, and Defendant, Navient Solutions, Inc., by and through undersigned counsel, that:

1. This matter is subject to arbitration pursuant to the terms of agreements between the parties, and the parties elect to proceed to arbitration pursuant to Section 3 of the Federal Arbitration Act;

2. The parties will arbitrate this matter through the American Arbitration Association; and

3. This action is stayed pending arbitration, and therefore, will be ADMINISTRATIVELY TERMINATED. The parties may re-open this matter at the conclusion of the arbitration proceedings.

APPROVED and SO ORDERED:

Dated: October 7, 2016

_____
HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE